UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Angela M. Vaughn, | ) | C/A No. 5:14-04758-DCN-KDW |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| Angelia Rawski, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner, appearing through counsel, is a state prisoner who filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 13, 2015, Respondent filed a Return to her Petition and Motion for Summary Judgment. Petitioner's response to Respondent's Motion was due no later than March 2, 2015. *See* Loc. Civ. R. 7.06, *see also* ECF Nos. 8, 9. To date, Petitioner has not filed a response to Respondent's Motion, nor has she requested an extension of time within which to respond. Accordingly, it appears to the court that Petitioner may wish to abandon this action. If Petitioner wishes to pursue her case, she is ordered to file a legal memorandum in response to Respondent's Motion for Summary Judgment **no later than March 19, 2015**. *See* Loc. Civ. R. 7.06. Petitioner is advised that if she fails to comply with this deadline, the undersigned will recommend this case be dismissed with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

March 5, 2015
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge